

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Daniel Charles Jackson,                     * From the 32nd District Court
                                              of Nolan County,
                                              Trial Court No. 12369

Vs. No. 11-21-00263-CR                      * May 25, 2023

The State of Texas,                         * Memorandum Opinion by Williams, J.
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.